UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN GALATOLO,

    Petitioner,

v.                                         Case No. 5:00-cv-199-MCR-GRJ

MARK A. HENRY, WARDEN,
FCI MARIANNA,

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 23, 2018. ECF No. 37. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of the timely filed objections, ECF No. 38.

Having considered the Report and Recommendation, the objections, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and

incorporated by reference in this Order.

2. Petitioner's Motion Under Rule 60(b)(6) for Relief From This Court's Judgment Dismissing § 2241 Motion for Lack of Jurisdiction, ECF No. 36, is **DENIED**.

**DONE AND ORDERED** this 17th day of April 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**